JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RUSSELL HAMPTON,

     Plaintiff,

            v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

Defendant.

No. 5:23-cv-02612-MAA

[~~PROPOSED~~] JUDGMENT

     Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  July 8, 2024

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-